# Order

May 5, 2015

**Michigan Supreme Court**
**Lansing, Michigan**

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150039(10)(11)

IN RE BRENDA K. SANDERS, JUDGE
36TH DISTRICT COURT

BEFORE THE JUDICIAL TENURE COMMISSION

_____/

SC: 150039
JTC Formal Complaint 95

On order of the Chief Justice, respondent's motion to withdraw the petition filed on April 21, 2015, having no opposition from the Judicial Tenure Commission, is GRANTED. On further order of the Chief Justice, the motion of the Judicial Tenure Commission for oral argument on this matter during the current term of the Court is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 5, 2015

